**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Ramon Soriano & Ines M. Soriano | : | CASE NO. 16-26865 |
| Debtor | : | HONORABLE JOHN K. SHERWOOD |

---

**ATTORNEY'S RESPONSE TO NOTICE OF MOTION TO DISMISS PETITION**

---

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor Ramon Soriano & Ines M. Soriano in this bankruptcy proceeding.

2. On November 20, 2020 a Notice of Motion to Dismiss Petition was entered due to failing to obtain court authorization to obtain refinancing.

3. At this time, the debtor's counsel is waiting on the refinance documents from the title company to file a motion to approve refinance.

Date:  <u>January 7, 2021</u>       /s/ Russell L. Low
   **Russell L. Low, Esq.**
   Attorney for Debtor