**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    RAMON SORIANO
    INES M SORIANO

Order Filed on January 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-26865 JKS

Hearing Date:  1/14/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 15, 2021

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): RAMON SORIANO
INES M SORIANO

Case No.: 16-26865

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 01/14/2021 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to refinance property by 1/28/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a motion to refinance property has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   RAMON SORIANO
   INES M SORIANO

**Case No.:  16-26865 JKS**

**Hearing Date:  1/14/2021**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): RAMON SORIANO
          INES M SORIANO

Case No.: 16-26865

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/14/2021 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to refinance property by 1/28/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a motion to refinance property has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 16-26865-JKS

Ramon Soriano                                                                       Chapter 13

Ines M Soriano

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                                       Page 1 of 2

Date Rcvd: Jan 15, 2021                  Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +  Ramon Soriano, Ines M Soriano, 236 Beechwood Ave, Bogota, NJ 07603-1632

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Alexandra T. Garcia
      on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Brian E Caine
      on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Celine P. Derkrikorian
      on behalf of Creditor BAYVIEW LOAN SERVICING  LLC njecfmail@mwc-law.com

Denise E. Carlon
      on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R5, Mortgage-Backed Notes, Series 2020-R5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
      magecf@magtrustee.com

District/off: 0312-2                               User: admin                                    Page 2 of 2
Date Rcvd: Jan 15, 2021                            Form ID: pdf903                                Total Noticed: 1

Russell L. Low
                    on behalf of Joint Debtor Ines M Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
                    on behalf of Debtor Ramon Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com


TOTAL: 7