**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
**Attorneys for Debtors**

Order Filed on March 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Ramon Soriano | : | CASE NO. 16-26865 |
| Ines M Soriano | | |
| | : | The Honorable John K. Sherwood |
| Debtor | : | Hearing Date: February 25, 2021 at 10:00 a.m. |

_____

**ORDER APPROVING NUNC PRO TUNC MOTION FOR POST-PETITION FINANCING**
_____

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: March 1, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

.

Page 2
Debtor: Ramon Soriano and Ines M. Soriano
Case No. 16-26865-JKS
Caption: ORDER TO APPROVE POST-PETITION FINANCING
_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving post-petition financing having examined the evidence presented, and for good cause shown,

**ORDERED** that the Court hereby approves the refinance of the debtor's property at 236 Beechwood Ave Bogota, NJ 07603.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-26865-JKS |
| Ramon Soriano | Chapter 13 |
| Ines M Soriano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ramon Soriano, Ines M Soriano, 236 Beechwood Ave, Bogota, NJ 07603-1632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Brian E Caine | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Celine P. Derkrikorian | on behalf of Creditor BAYVIEW LOAN SERVICING LLC njecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R5, Mortgage-Backed Notes, Series 2020-R5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 01, 2021 | Form ID: pdf903 | Total Noticed: 1

Russell L. Low
       on behalf of Joint Debtor Ines M Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
       on behalf of Debtor Ramon Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

TOTAL: 7