**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on June 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ramon Soriano<br>Ines M Soriano | : | CHAPTER 13 |
| | : | CASE NO. 16-26865 |
| Debtor | : | HONORABLE JOHN K. SHERWOOD |
| | : | Hearing: June 24, 2021 at 10:00 a.m. |

**ORDER GRANTING MOTION REQUESTING FOR EXEMPTION FROM REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)**

---

The relief set forth on the following page is **ORDERED.**

**Date: June 25, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is ORDERED that:

__X___ The debtor's request is GRANTED; the debtor is hereby exempt from:

 X filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 16-26865-JKS

Ramon Soriano                                                                            Chapter 13

Ines M Soriano

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                      Page 1 of 2
Date Rcvd: Jun 25, 2021               Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ramon Soriano, Ines M Soriano, 236 Beechwood Ave, Bogota, NJ 07603-1632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

**Name**                    **Email Address**

Alexandra T. Garcia
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Brian E Caine
                    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Celine P. Derkrikorian
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC njecfmail@mwc-law.com

Denise E. Carlon
                    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R5, Mortgage-Backed Notes, Series 2020-R5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Russell L. Low

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Russell L. Low

on behalf of Joint Debtor Ines M Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

on behalf of Debtor Ramon Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

TOTAL: 7