| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ramon Soriano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6737<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ines M Soriano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5965<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–26865–JKS | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Ramon Soriano                                       Ines M Soriano

　　7/7/21                                                        **By the court:** John K. Sherwood
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

　　♦ debts that are domestic support obligations;

　　♦ debts for most student loans;

　　♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Ramon Soriano  
Ines M Soriano  
  Debtors

Case No. 16-26865-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4  
Date Rcvd: Jul 07, 2021  Form ID: 3180W  Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ramon Soriano, Ines M Soriano, 236 Beechwood Ave, Bogota, NJ 07603-1632 |
| 516371920 | + | ALLIED COLLECTION SERVICES, 8550 BALBOA BLVD, SUITE 232, NORTHRIDGE, CA 91325-5806 |
| 516371921 | #+ | APOLLO LIMO SERV INC, 31 FAIRVIEW AVE, Bogota, NJ 07603-1807 |
| 516371927 | + | CAP1/MICRO, CAPITAL ONE RETAIL SERVICES, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 516371943 | + | CVS/SPECIALTY, PO BOX 846111, Dallas, TX 75284-6111 |
| 516371933 | | Celentano, Stadtmauer &, Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 516371944 | + | Department Of Treasury, PO Box 1686, Saddle Brook, NJ 07663 |
| 516371955 | ++++ | ENGLEWOOD RADIOLOGIC GRP, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Englewood Radiologic GRP, PO Box 6750, Portsmouth, NH 03802 |
| 516371956 | + | EOS CCA, PO Box 601, Norwell, MA 02061-0601 |
| 516371958 | + | EXCELCARE MED ASSOC BEATA PIECZARA MD, 718 TEANECK RD, Teaneck, NJ 07666-4245 |
| 516371959 | + | EZ-PASS NY SERV CENTER, PO BOX 15185, Albany, NY 12212-5185 |
| 516591319 | | Emergency Physician Services of NJ, PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 516371945 | + | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371953 | + | Englewood Hospital and Medical Center, 350 Engle Street, Englewood, NJ 07631-1898 |
| 516371954 | + | Englewood Pathologists, P.A., PO Box 8069, Englewood, NJ 07631-8069 |
| 516371957 | + | Excel Care Medical Assoc. PA, 718 Teaneck Road, Teaneck, NJ 07666-4245 |
| 516371961 | + | Gary C. Cooke, Attorney at Law, 149 E. 23rd Street, Suite 1148, New York, NY 10010-3765 |
| 516371962 | + | Geico, One Geico Plaza, Bethesda, MD 20810-0002 |
| 516371966 | | HMC Cardiac Diagnostic Service, P.O. Box 416387, Boston, MA 02241-6387 |
| 516371963 | | Hackensack University Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 516371965 | + | Hackensack University Medical Group, P.O Box 95000-4535, Philadelphia, PA 19195-0001 |
| 516371967 | | Holy Name Medical Center, 718 Teaneck Road, Teaneck, NJ 07666-4281 |
| 516601299 | | Holy Name Medical Center, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 516371969 | + | Horizon BlueCross BlueShield, PO Box 656, Newark, NJ 07101-0656 |
| 516371970 | + | Ingram & Associates, PO Box 860102, Minneapolis, MN 55486-0102 |
| 517745124 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 516371973 | + | MD Partners of EHMC, PO Box 14000, Belfast, ME 04915-4033 |
| 516371974 | + | MONTEREY COL, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 516371976 | + | NBCC, PO Box 16, Irvington, NY 10533-0016 |
| 516371979 | + | New York Presbyterian Hospital, PO Box 9305 GPO, New York, NY 10087-2305 |
| 516371982 | #+ | PAUL MICHAEL MARKETING, 15916 UNION TPKE STE 302, FLUSHING, NY 11366-1955 |
| 516371984 | + | Peace Health Partners, PC, PO Box 13636, Philadelphia, PA 19101-3636 |
| 516371988 | + | ROBERT S. WALSKY MD, 22 ANGELA COURT, Woodcliff Lake, NJ 07677-8102 |
| 516371989 | + | Shiel Medical Labs, 63 Flushings Ave., Unit 336, Brooklyn, NY 11205-1083 |
| 516371990 | + | Summit Collection Services Inc, PO BOX 306, Ho Ho Kus, NJ 07423-0306 |
| 516371993 | + | TONEL LEIBU MD ,LLC, 16 ARCADIAN WAY SUITE C3, Paramus, NJ 07652-1291 |
| 516371992 | + | Thomas M. Birch, 718 Teaneck RD, Teaneck, NJ 07666-4245 |
| 518927145 | + | U.S. Bank National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 3180W | Total Noticed: 71 |

| | | |
|---|---|---|
| 516371994 | + | United Water, PO Box 371385, Pittsburgh, PA 15250-7385 |
| 516583546 | | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 516371983 | + | pcb, P.O Box 9060, Hicksville, NY 11802-9060 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2021 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2021 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516371923 | EDI: ARSN.COM | Jul 08 2021 00:43:00 | ARS National Services, PO Box 463023, Escondido, CA 92046-3023 |
| 516371924 | EDI: CINGMIDLAND.COM | Jul 08 2021 00:43:00 | AT & T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 516534039 | EDI: AIS.COM | Jul 08 2021 00:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516371925 | + EDI: TSYS2.COM | Jul 08 2021 00:43:00 | BARCLAYS BANK DELAWARE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 516371926 | + EDI: LCIBAYLN | Jul 08 2021 00:43:00 | BAYVIEW FINANCIAL LOAN, BANKRUPTCY DEPT, 4425 PONCE DE LEON BLVD 5TH FL, MIAMI, FL 33146-1873 |
| 516592593 | + EDI: LCIBAYLN | Jul 08 2021 00:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 516371930 | + EDI: CAPITALONE.COM | Jul 08 2021 00:43:00 | CAPITAL ONE, 26525 N RIVERWOODS BLVD, METTAWA, IL 60045-3438 |
| 516371928 | + EDI: CAPITALONE.COM | Jul 08 2021 00:43:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 516371939 | + Email/Text: bankruptcydept@wyn.com | Jul 07 2021 20:40:00 | CLUB WYNDHAM PLUS, PO BOX 98940, Las Vegas, NV 89193-8940 |
| 516371940 | Email/Text: bankruptcydept@wyn.com | Jul 07 2021 20:40:00 | CLUB WYNHAM PLUS CASH MANAGEMNT, PO BOX 340090, Boston, MA 02241-1000 |
| 516371941 | + Email/Text: bankruptcy@credencerm.com | Jul 07 2021 20:40:00 | CREDENCE RESOURCE MANAGEMENT, PO BOX 2300, SOUTHGATE, MI 48195-4300 |
| 516439637 | EDI: CAPITALONE.COM | Jul 08 2021 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516371935 | + Email/Text: bankruptcy@certifiedcollection.com | Jul 07 2021 20:40:00 | Certified Credit & Coll. Bur, 69 Readington Road, Somerville, NJ 08876-3557 |
| 516371942 | + Email/Text: bankruptcy@credencerm.com | Jul 07 2021 20:40:00 | Credence Resource Management LLC, PO Box 2390, Southgate, MI 48195-4390 |
| 516371960 | + EDI: BLUESTEM | Jul 08 2021 00:43:00 | FINGERHUT, 6250 RIDGEWOOD RD, ST CLOUD, MN 56303-0820 |
| 516371971 | EDI: IRS.COM | Jul 08 2021 00:43:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 516371936 | EDI: JPMORGANCHASE | Jul 08 2021 00:43:00 | CHASE, ATTN: CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 516371937 | EDI: JPMORGANCHASE | Jul 08 2021 00:43:00 | Chase Bank USA NA, PO Box 100019, Kennesaw, GA 30156 |
| 516371938 | EDI: JPMORGANCHASE | Jul 08 2021 00:43:00 | Chase/JPmorgan chase bank NA, PO BOX |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 3180W | Total Noticed: 71 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 659754, San Antonio, TX 78265 |
| 516371972 | + | EDI: TSYS2.COM | Jul 08 2021 00:43:00 | Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 516584245 | + | EDI: MID8.COM | Jul 08 2021 00:43:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516371977 | + | Email/Text: cedwards@ncsplus.com | Jul 07 2021 20:40:00 | NCS Plus Incorporated, 117 E. 24th Street 5th FL, New York, NY 10010-2937 |
| 516371981 | + | Email/Text: cedwards@ncsplus.com | Jul 07 2021 20:40:00 | NTL CRDT SYS, 117 E 24TH ST, NEW YORK, NY 10010-2937 |
| 516590173 | | EDI: PRA.COM | Jul 08 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 516528740 | | EDI: Q3G.COM | Jul 08 2021 00:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516371995 | + | EDI: VERIZONCOMB.COM | Jul 08 2021 00:43:00 | VERIZON, 500 TECHNOLOGY DR, SUITE 500, WELDON SPRING, MO 63304-2225 |
| 516371996 | + | EDI: VERIZONCOMB.COM | Jul 08 2021 00:43:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 516371997 | + | Email/Text: bankruptcydept@wyn.com | Jul 07 2021 20:40:00 | WYNDHAM VACA, 10750 W CHARLESTON, LAS VEGAS, NV 89135-1048 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516371922 | *+ | APOLLO LIMO SERV INC, 31 FAIRVIEW AVE, Bogota, NJ 07603-1807 |
| 516371931 | *+ | CAPITAL ONE, 26525 N RIVERWOODS BLVD, METTAWA, IL 60045-3438 |
| 516371932 | *+ | CAPITAL ONE, 26525 N RIVERWOODS BLVD, METTAWA, IL 60045-3438 |
| 516371929 | *+ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 516371934 | * | Celentano, Stadtmauer &, Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 516371946 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371947 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371948 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371949 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371950 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371951 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371952 | *+ | Englewood Hospital & Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516371964 | * | Hackensack University Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 516371968 | * | Holy Name Medical Center, 718 Teaneck Road, Teaneck, NJ 07666-4281 |
| 517745125 | * | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 516371980 | *+ | New York Presbyterian Hospital, PO Box 9305 GPO, New York, NY 10087-2305 |
| 516371985 | *+ | Peace Health Partners, PC, PO Box 13636, Philadelphia, PA 19101-3636 |
| 516371986 | *+ | Peace Health Partners, PC, PO Box 13636, Philadelphia, PA 19101-3636 |
| 516371987 | *+ | Peace Health Partners, PC, PO Box 13636, Philadelphia, PA 19101-3636 |
| 516371991 | *+ | Summit Collection Services Inc, PO BOX 306, Ho Ho Kus, NJ 07423-0306 |
| 518927146 | *+ | U.S. Bank National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516371975 | ##+ | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 516371978 | ##+ | Network Recovery Services, Inc., 3 Expressway Plz, Suite 200, Roslyn Heights, NY 11577-2050 |

TOTAL: 0 Undeliverable, 21 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 3180W | Total Noticed: 71 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021                                    Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Brian E Caine | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Celine P. Derkrikorian | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC njecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R5, Mortgage-Backed Notes, Series 2020-R5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Joint Debtor Ines M Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Ramon Soriano ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

TOTAL: 7